RECEIVED IN
The Court of Appeals
Sixth District

SEP 1 4 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

SEP 1 4 2015

Texarkana, Texas
Debra K. Autrey, Clerk

06-15-0000 5- CR

Dear Sixth Appellate District of Texas

My name is Cedric Hill TDCJ#1974278 and I'm writing on behalf of my appeal process, and would just like to discontinue my appeal process and move foward. I have accepted my faith with the system and would like to end this process so that I can simply make parole and get on with my life. "Thank you and God bless."

Sincerely, Cedric Hill